UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERTO DURAND,

Plaintiff

v.

M. CLAY,

Defendant

Case No.  3:22-cv-00060-MMD-CSD

**ORDER**

## I.      DISCUSSION

On February 2, 2022, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*.  (ECF  Nos. 1-1, 1).   Plaintiff's application to proceed *in forma pauperis* is incomplete.   Plaintiff has not submitted an inmate account statement for the previous six-month period with his application.   The Plaintiff is advised that a Financial Certificate (page 4 of this Court's application) and an inmate account statement for the previous six-month period are two separate documents the Court requires to consider his *in forma pauperis* application fully complete.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

1   Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis*
2   (ECF No. 1) without prejudice because the application is incomplete.  The Court will grant
3   Plaintiff a **one-time extension** to file a fully complete application to proceed *in forma*
4   *pauperis* containing all three of the required documents.  Plaintiff will file a fully complete
5   application to proceed *in forma pauperis* on or before **April 8, 2022.**  Absent unusual
6   circumstances, the Court will <u>not</u> grant any further extensions of time.  If Plaintiff does not
7   file a fully complete application to proceed *in forma pauperis* with all three required
8   documents on or before **April 8, 2022**, this case will be subject to dismissal <u>without</u>
9   <u>prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to acquire all
10  three of the documents needed to file a fully complete application to proceed *in forma*
11  *pauperis* or pays the full $402 filing fee.

12   A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the
13  case with the Court, under a new case number, when Plaintiff has all three documents
14  needed to submit with the application to proceed *in forma pauperis*.  Alternatively, Plaintiff
15  may choose not to file an application to proceed *in forma pauperis* and instead pay the
16  full filing fee of $402 on or before **April 8, 2022** to proceed with this case.

17   The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1) but the Court
18  will not file the complaint unless and until Plaintiff timely files a fully complete application
19  to proceed *in forma pauperis* with all three documents or pays the full $402 filing fee.

20  **II.    CONCLUSION**

21   For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed
22  *in forma pauperis* (ECF No. 1) is denied without prejudice to file a new fully complete
23  application to proceed *in forma pauperis* with all three documents.

24   IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the
25  approved form application to proceed *in forma pauperis* by an inmate, as well as the
26  document entitled information and instructions for filing an *in forma pauperis* application.

27   IT IS FURTHER ORDERED that on or before **April 8, 2022**, Plaintiff will either pay
28  the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52

administrative fee) or file with the Court:

> (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

> (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

> (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **April 8, 2022**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the the full $402 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. 1-1) but will not file it at this time.

DATED:  February 7, 2022

_____
UNITED STATES MAGISTRATE JUDGE